UNITED STATES OF AMERICA
WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                          Criminal Case No.  09-cr- 20314-1
                                              Civil Case No.       13-cv- 02728

MICHAEL LUSK,

       Defendant.
_____/

## NOTICE AND ORDER FOR RESPONSE

The Defendant has filed a Motion to Vacate, Set aside, or Correct sentence under 28 § USC 2255 on September 18, 2013; a "Motion to Amend the Previously Filed Motion to Vacate . . ." on October 11, 2013 and a "Motion to Amend the 2255 Petition" on November 6, 2013.

IT IS HEREBY ORDERED that the Government is to file a response and brief to the three Pending Motions by **November 22, 2013**.  The reply, if any, is to be filed by **December 20, 2013.**

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated:  November 8, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel and pro se parties of record on this date, November 8, 2013, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522